IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONNIE W. LAFORGE,<br><br>Defendant. | PO 23-05032-TJC<br><br>Violation Nos. 9509914, 9509915, and 9509916<br>Location Code: M14<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Violation Notices 9509914, 9509915, and 9509916 without prejudice is GRANTED.  (Doc. 5.)  This matter is dismissed without prejudice and the initial appearance scheduled for November 14, 2023, is vacated.

DATED this 8th day of November, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge